1  DAVID L. ANDERSON, CSBN 149604
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  PAUL SACHELARI, CSBN 230082
   Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, CA 94105-1545
6      Telephone: (415) 977-8933
7      Facsimile: (415) 744-0134
   E-mail: paul.sachelari@ssa.gov
8
9  Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT WARREN BERG, | Case No. 3:19-cv-04803-RS |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

  IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to further evaluate the medical evidence, including the medical opinions of record; and proceed with the remaining steps of the sequential evaluation process, including obtaining vocational expert testimony, if

necessary.  In addition, upon remand, the Appeals Council will affirm the finding that Plaintiff became disabled beginning June 11, 2018.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  March 24, 2020              HOMELESS ACTION CENTER

*/s/ Suzanne Marie Zalev\**
SUZANNE MARIE ZALEV
(*as authorized via email)
Attorney for Plaintiff

Dated:  March 24, 2020              DAVID L. ANDERSON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Paul Sachelari*
PAUL SACHELARI
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the above Stipulation, and for good cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

Dated: March 27, 2020

_____
THE HONORABLE RICHARD SEEBORG
United States District Court Judge